## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Case No: 22-cr-00243 (CKK) |
| v. | |
| COLE ANDREW TEMPLE, | 40 U.S.C. § 5104(e)(2)(G) |
| Defendant. | |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Cole Andrew Temple, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $2.7 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Cole Andrew Temple's Participation in the January 6, 2021, Capitol Riot*

8. On or about January 5, 2021, defendant Cole Andrew Temple ("Temple") traveled with his mother, Jodi Wilson ("Wilson"), from Ohio to Washington, D.C. The purpose of the trip to Washington, D.C. was to protest Congress' certification of the Electoral College at the United States Capitol Building.

9. On January 6, 2021, Wilson, wearing a pink hooded sweatshirt underneath a dark or black jacket, and Temple, wearing a dark hooded sweatshirt, a royal blue neck gaiter and a dark blue knit cap with the word "AMERICA" on it, stood behind bike racks installed to prohibit access to the United States Capitol Building on the east front of the Capitol.

10. As rioters began to clash with police officers and begin to remove the bike racks, Wilson shouted, "We need everybody. We can't do this by ourselves. Get your asses down here and let's fucking do this. You want to make some fuckin' noise ... got to make sure they're caught ... We got to do this together." Minutes later, Wilson and Temple joined the rioters removing the bike racks and moved a portion of racks that separated them from the Capitol.

11. Wilson and Temple joined rioters on the steps on the east front of the Capitol and stood a few feet away from rioters who were physically clashing with U.S. Capitol Police and Metropolitan Police Department officers and forcefully trying to break into the Capitol.

12. At approximately 3:01 p.m. ET, after rioters had overrun the police officers guarding the Rotunda doors, Wilson and Temple, proceeding side-by-side, joined the crowd of rioters that entered the Capitol.

13. Inside the Capitol, Wilson and Temple traveled from the Rotunda doors foyer into the Rotunda and took photographs and recorded videos in both locations with the cell phones. Cell phones associated with both Wilson and Temple were also identified as having utilized a cell site consistent with providing service to a geographic area that included the interior of the United States Capitol building.

14. While inside the Capitol, Temple recorded videos and posted some or all of videos to Snapchat on January 6, 2021. Included with at least one of the recordings Temple imposed captions that read "Shits going down" [sic] and "Go ahead, say some shit." Temple also filmed himself yelling "just broke in this bitch."

15. After being in the Rotunda for more than five minutes, police officers wearing riot gear shepherded Wilson and Temple out of the Rotunda and forced them to the leave the Capitol at approximately 3:17 p.m. ET.

### *Elements of the Offense*

16.     Cole Andrew Temple knowingly and voluntarily admits to all the elements of 40 U.S.C. § 5104(e)(2)(G). Specifically, he admits that he willfully and knowingly entered the U.S. Capitol Building knowing that that he did not have permission to do so. He further admits that while inside the Capitol, defendant willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ *Anita Eve*
Anita Eve
Assistant United States Attorney
PA Bar No. 45519

## DEFENDANT'S ACKNOWLEDGMENT

I, _____, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10-01-2022             _Cole Tempee_ (signature)
                              Cole Andrew Temple
                              Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/3/22                _signature_
                              Michael E. Lawlor
                              Attorney for Defendant