IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 22-243 |
| **COLE ANDREW TEMPLE** | : | |

### UNITED STATES' MOTION TO DISMISS COUNTS

The United States, by and through its attorneys, Matthew M. Graves, United States Attorney for the District of Columbia, and Anita Eve, Assistant United States Attorney for the District, moves the Court to dismiss Counts One, Two and Three of the Information as to defendant Cole Andrew Temple. In support of the motion, the United States submits the following:

1. On July 15, 2022, the United States Attorney filed a four-count Information charging defendant Cole Andrew Temple ("Temple") with violating 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building) (Count One); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building) (Count Two); 40 U.S.C. § 5104(e)(2)(D) (Count Three); and 40 U.S.C. § 5104(e)(2)(G) (Count Four).

2. On October 5, 2022, Temple, pursuant to a written guilty plea agreement, entered a guilty plea to Count Four of the Information. Also, per the terms of the guilty plea agreement, the government agreed to move for the dismissal of the remaining counts of the Information in this case at the time of sentencing.

3. Accordingly, at this time, following Temple's sentencing hearing on July 5, 2023,

the government moves for the dismissal of Counts One, Two and Three of the Information.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney

                /s/ Anita Eve
                ANITA EVE
                Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 22-243 |
| **COLE ANDREW TEMPLE** | : | |

### O R D E R

Upon consideration of the United States' Motion to Dismiss Counts One, Two and Three of the Information as to defendant Cole Andrew Temple, it is hereby

O R D E R E D

that the United States' Motion to Dismiss is granted without prejudice.

BY THE COURT:

_____
HONORABLE COLLEEN KOLLAR-KOTELLY
*Judge, United States District Court*