# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COLE ANDREW TEMPLE,<br><br>Defendant. | No. 22-cr-00243-02 (CKK) |

## MEMORANDUM OPINION AND ORDER
### (July 3, 2024)

The defendant, Cole Andrew Temple ("Defendant" or "Mr. Temple"), is on probation after being sentenced to a term of probation for 36 months and a total of 14 days of intermittent confinement for seven consecutive weekends. Defendant has not served any of his intermittent confinement. This Court was informed through the United States Probation Office that the Bureau of Prisons ("BOP") is not accommodating intermittent confinement at this time. *See* Probation Petition, ECF No. 103 (recommending the removal of the intermittent confinement condition). The Government's [105] Response explains however that several representatives of the BOP have indicated that "the BOP is able to accommodate intermittent confinement of a defendant when the BOP is given proper notice of a Judgment by the Court." Govt. Resp., ECF No. 105, at 1 (indicating that the Court's Judgment and the Defendant's Presentence Report should be provided to the BOP's Designation and Sentence Computation Center ("DSCC"). The Government asserts that the BOP would have been able to accommodate the Defendant's intermittent confinement, but the Government notes that "18 U.S.C. §3563(b)(10) states that the intermittent confinement must be nights, weekends, or other intervals of time during the first year of probation." Govt. Resp., ECF No. 105, at 2. In this case, the first year of probation for Defendant ends on or about July 5, 2024. *Id.* Accordingly, the Government requests that the Court "modify a condition of a

sentence of probation" in this case to "impose a "period of home confinement" with "electronic monitoring," which will be "in lieu of the period of intermittent confinement." *Id.* Accordingly, because the Defendant's intermittent confinement can no longer be accommodated, it is this 3rd day of July, 2024,

ORDERED that the following changes be made to Defendant's special conditions of supervision. First, the Intermittent Confinement condition in his [98] Judgment shall be removed. In lieu of that condition, the following condition shall be added:

> Location Monitoring - You will be monitored by the form of location monitoring technology indicated herein for a period of 30 days and you must follow the rules and regulations of the location monitoring program. The cost of the program is waived. Location monitoring technology at the discretion of the probation officer, including: Radio Frequency (RF) Monitoring; GPS Monitoring (including hybrid GPS); SmartLINK; or Voice Recognition. This form of location monitoring technology will be used to monitor the following restriction on your movement in the community: You are restricted to your residence every day from 8pm to 6am (Curfew).

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE